jury. "It is axiomatic that it is the function of the trier of the facts to determine the credibility of the witnesses, and its finding of guilty will be disturbed only when the evidence is so unsatisfactory as to leave a reasonable doubt as to defendant's guilt." (*People v. Glover* (1971), 49 Ill.2d 78, 84, 273 N.E.2d 367.) The evidence that the police officers announced their identity is overwhelming. Consequently, we cannot disturb the jury's finding of guilty. We therefore affirm the judgment of the trial court.

Affirmed.

SEIDENFELD, P. J., and GUILD, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICARDO PAEZ, Defendant-Appellant.

(No. 74-201;

Second District (1st Division)—June 6, 1975.

Opinion by Mr. JUSTICE GUILD.

Robert D. Greenwalt, of Chicago, for appellant.

John J. Bowman, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PETER M. LOSACANO, SR., Defendant-Appellant.

(No. 73-288;

Third District—June 11, 1975.